IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD,. a Taiwanese limited liability company; ENVISION PERIPHERALS, INC., a California corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>HITACHI, LTD., a Japanese corporation; ELONEX UK PLC, a UK corporation,<br><br>              Defendants.<br>_____/<br>AND COUNTERCLAIM.<br>_____/ | No. C 03-05792 WHA<br><br>**ORDER FINDING CASES NOT RELATED** |

   A notice of related cases was filed on June 6, 2005, concerning the following actions:

   C 03-05792 WHA    *Top Victory Electronics (Taiwan) Co. Ltd. et al. v. Hitachi Ltd. et al.*
   C 05-02303 BZ     *Hitachi, Ltd. v. Tatung Co. et al.*
   C 05-02305 PVT    *Hitachi, Ltd. v. Proview Int'l Holdings, Inc. et al.*

Civil Local Rule 3-12(a) provides that actions are related when:

   (1)  The actions concern substantially the same parties, property, transaction or event; and
   (2)  It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

   The Court has evaluated the files and finds that the more recently-filed actions are not related to the earliest-filed case. While the patents asserted are substantially the same, the accused infringers (and their products) are not. Nor will there be any duplication of labor or

1  risk of conflicting results because the parties to the earliest-filed action settled before the claim
2  construction hearing was held; thus, no substantive orders were ever issued by the undersigned.
3  These actions are now referred to the judge assigned to the next-earliest filed case for a related
4  case determination.

6  **IT IS SO ORDERED.**

8  Dated:  June 17, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE